**No. 26-10958**

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

SEDONA PARTNERS, LLC
Plaintiff-Appellant,

v.

ALBE MOVING AND STORAGE, INC, *et al.*,
Defendants-Appellees.

_____

Appeal from the United States District Court for the
Southern District of Florida
_____

**AMENDED CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**
_____

Pursuant to Eleventh Circuit Rule 26.1-2(a), counsel for Appellant Sedona Partners, LLC, certifies that, to the best of his knowledge, the following persons and entities have an interest in the outcome of this appeal:

• Adam, Ruddy, Attorney for Appellee New World International, Ltd.

• Able Moving & Storage, Inc., Appellee

• Adams, C. Quinn, Attorney for Appellee J.K. Moving & Storage, Inc.

• Albert, Alan D., Attorney for Appellee J.K. Moving & Storage, Inc.

• Arpin International Group, Inc., Appellee

1

• Berger, Justin T., Attorney for Appellant Sedona Partners, LLC

• Berman, Stuart A., Attorney for Appellee Paxton Van Lines, Inc.

• Bloom, Beth, United States District Judge

• Borak, Robert M., Attorney for Appellee Paramount Transportations Systems

• Boutin, Kevin J., Attorney for Appellant Sedona Partners, LLC

• Burke, Melanie M., Attorney for Appellee Hilldrup Companies, Inc.

• Calderwood, James A., Attorney for Appellee Arpin International Group, Inc.

• Cartwright International Van Lines, Inc., Appellee

• Clark, Havan M., Attorney for Appellant Sedona Partners, LLC

• Cole, Scott Allan, Attorney for Hilldrup Companies, Inc.

• Cuffman, Timothy J., Attorney for Appellee Hilldrup Companies, Inc.

• Dewitt Companies Limited, LLC, Appellee

• Eppelbaum, Sammy, Attorney for Appellee Paxton Van Lines, Inc.

• Fahimi, Sarvenaz J., Attorney for Appellant Sedona Partners, LLC

• Fiore, Kristen Marie, Attorney for Appellee Cartwright International Van Lines, Inc.

• Fischman, Noam B., Attorney for Appellee Cartwright International Van Lines, Inc.

• Gonzalez, Juan Antonio, Acting U.S. Attorney, Southern District of Miami, Attorney for the United States of America

• Gordon, Andrew Michael, Attorney for Appellee New World International, Ltd.

• J.K. Moving & Storage, Inc., Appellee

• Harris, Robert, Attorney for Appellee Paxton Van Lines, Inc.

• Hilldrup Companies, Inc., Appellee

• Hubbard, Maria Fernanda, Attorney for Appellee Arpin International Group, Inc.

• Kessler, Michael Isaac, Attorney for Appellee J.K. Moving & Storage, Inc.

• Kiehn, Kristin D., Attorney for Appellee Hilldrup Companies, Inc.

• Knight, Bryan, Attorney for Appellee Watern Express Forwarding, LLC

• Langley, Matthew J., Attorney for Appellee Dewitt Companies Ltd., LLC

• Lee, Stephen Chahn, Attorney for Appellee Dewitt Companies Ltd., LLC

• Meyer, Charles G., Attorney for Appellee J.K. Moving & Storage, Inc.

• Monaghan, Maura K., Attorney for Appellee Hilldrup Companies, Inc.

• Murphy, Thomas F., Attorney for Appellee Western Express Forwarding, LLC

• New World International, Ltd., Appellee

• Newton, Brent, Attorney for Appellant Sedona Partners, LLC

• Oria, Irene, Attorney for Appellee Able Moving & Storage, Inc.

• Otazo-Reyes, Alicia M., United States Magistrate Judge

• Pantelopoulos, Nicholas E., Attorney for Appellee Arpin International Group, Inc.

- Paramount Transportations Systems, Appellee

- Paxton Van Lines, Inc., Appellee

- Pelletier, Paul E., Attorney for Appellant Sedona Partners, LLC

- Perez, Lorayne, Attorney for Appellee Cartwright International Van Lines, Inc.

- Postman, Barry, Attorney for Appellee Hilldrup Companies, Inc.

- Rabin, Adam T., Attorney for Appellant Sedona Partners, LLC

- Sedona Partners, LLC, Appellant

- Shapiro, Craig B., Attorney for Appellee Western Express Forwarding, LLC

- Silversmith, Jolyon A., Attorney for Appellee Arpin International Group, Inc.

- Silverstein, Michael B., Attorney for Appellee Dewitt Companies Limited, LLC

- Sims, Charles M., Attorney for Appellee J.K. Moving & Storage, Inc.

- Sorel, Justin C., Attorney for Appellee Hilldrup Companies, Inc.

- Spector, Andrew R., Attorney for Appellee Paramount Transportations Systems

- Torres Bruner, Ghislaine G., Attorney for Appellee Arpin International Group, Inc.

- United States Department of Justice

- United States Department of State

- United States General Services Administration

- Western Express Forwarding, LLC, Appellee

• Wright, Robert T., Jr., Attorney for Appellee Able Moving & Storage, Inc.

• Wyman, James H., Attorney for Appellee New World International, Ltd.

• Yingling, Andrew S., Attorney for Appellee Arpin International Group, Inc.

• Zeeck, Brian R., Attorney for Appellee New World International, Ltd.

***

Undersigned counsel further certifies that, to the best of his knowledge, no publicly-traded company or corporation has an interest in the outcome of this case or of this appeal.

Respectfully submitted,

/s/ *Brent E. Newton*
Brent E. Newton
Attorney at Law
19 Treworthy Road
Gaithersburg, MD 20878
202-975-9105
brentevannewton@gmail.com

**Counsel for Appellant Sedona Partners, LLC**

## CERTIFICATE OF SERVICE

I certify that, on April 8, 2026, this document was served on all counsel of record by filing it via this Court's CM/ECF system.

/s/ *Brent E. Newton*
Brent E. Newton

5